UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT I. TOUSSIE, LAURA TOUSSIE, ELIZABETH TOUSSIE, MICHAEL I. TOUSSIE, PRAND CORP. f/k/a CHANDLER PROPERTY, INC., ARTHUR A. ARNSTEIN CORP., TOUSSIE LAND ACQUISITION & SALES CORP., and TOUSSIE DEVELOPMENT CORP., <br><br> Plaintiffs/Respondents, <br><br> -against- <br><br> COUNTY OF SUFFOLK, PAUL SABATINO, II, PATRICIA B. SIELINSKI and THOMAS A. ISLES, <br><br> Defendants/Petitioners. | 05 Civ. 2954 (JS) (ARL) <br><br> **STATUS REPORT** |

Pursuant to the Court's Order dated October 14, 2011, Plaintiffs Robert I. Toussie, Laura Toussie, Elizabeth Toussie, Michael I. Toussie, Prand Corp. f/k/a Chandler Property, Inc., Arthur A. Arnstein Corp., Toussie Land Acquisition & Sales Corp., and Toussie Development Corp., by and through counsel, hereby submit the following status report.

Plaintiffs do not intend to pursue this action and will accordingly file papers for its discontinuance.

Dated: October 28, 2011

                              CHADBOURNE & PARKE LLP

                              By: *s/ Scott S. Balber*
                                 Scott S. Balber
                                 A Member of the Firm
                                 Attorneys for Plaintiffs
                                 30 Rockefeller Plaza
                                 New York, NY 10112
                                 (212) 408-5100